IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RICKIE LOWELL PUTMAN, #187301, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CASE NO. 3:04-CV-771-MEF |
| | ) | (WO) |
| ARNOLD HOLT, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

# **ORDER**

On May 18, 2006, the Magistrate Judge filed a Recommendation (Doc. # 28) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that:

1.  The Recommendation fo the Magistrate Judge (Doc. # 28) is ADOPTED.

2.  The petition for habeas corpus relief filed by Rickie Lowell Putman is DENIED.

3.  This case is DISMISSED WITH PREJUDICE.

Done this the 13th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE