IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RICKIE LOWELL PUTMAN, #187301, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>ARNOLD HOLT, *et al.*, )<br>)<br>    Respondents. ) | CASE NO. 3:04-CV-771-MEF<br>(WO) |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the respondents and against the petitioner, and that this action is dismissed with prejudice.

Done this the 13th day of June, 2006.

                                                     /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE